UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TODD L. JOHNSON,

                              Plaintiff,                   **23 Civ. No. 7879 (PAE) (GS)**

          -against-                                **ORDER OF SERVICE**

CLIFF MCCALLUM and RENEE
CASANAS,

                             Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       Plaintiff brings this action *pro se*. By order dated September 6, 2023, Plaintiff's request to proceed *in forma pauperis* ("IFP") was granted. (Dkt. No. 3).

       The Amended Complaint (Dkt. No. 5) asserts claims against Cliff McCallum (who has already been served) and against federal officer "Casanas" with Officer No. 1403. On December 4, 2023, Judge Engelmayer directed the U.S. Attorney's Office for the Southern District of New York ("USAO") to ascertain the agency where Defendant Casanas was employed and an address where Defendant Casanas could be served. (Dkt. No. 7 at 2).

       On February 2, 2024, the USAO provided the full name and employment address of Inspector Renee Casanas, who is employed by the U.S. Department of Homeland Security. (Dkt. No. 13).

       Because Plaintiff is proceeding IFP, the Clerk of Court is directed to complete the USM-285 form using the following address for Inspector Renee Casanas: Federal Protective Service, U.S. Department of Homeland Security, Long Island Courthouse, 100 Federal Plaza, Central Islip, NY 11722, and to deliver to the U.S. Marshals Service all documents necessary to effect service on Inspector Casanas.

The Clerk of Court is further directed to mail a copy of this Order to the *pro se* Plaintiff at the address listed on the docket and to the USAO at: 86 Chambers Street, 3rd Floor New York, NY 10007.

**SO ORDERED.**

DATED:  New York, New York
        February 5, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge