UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------X

TODD L. JOHNSON,                          :
                                          :           **23 Civ. No. 7879 (PAE) (GS)**
                        Plaintiff,        :
                                          :                   **ORDER**
        - against -                       :
                                          :
CLIFF MCCALLUM and RENEE CASANAS          :
                                          :
                        Defendants.       :
                                          :
                                          :
------------------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

The Court issues this Order to clarify the obligations of Defendant Cliff McCallum ("McCallum") with respect to responding to the complaint in this action.

On January 25, 2024, McCallum moved for an extension of time to respond to "the Complaint." (Dkt. No. 12). On February 5, 2024, the Court granted McCallum's motion in part and set a deadline of March 7, 2024 for McCallum's response. (Dkt. No. 14). On February 16, 2024, the U.S. Marshals Service's Process Receipt and Return of Service was entered with a docket notation indicating McCallum was served with a copy of Plaintiff's Amended Complaint and summons on February 2, 2024. (Docket Entry at Dkt. No. 17). The docket notation states McCallum's Answer is due on February 23, 2024. (*Id.*)

For the avoidance of doubt, McCallum is to submit a response to Plaintiff's Amended Complaint filed on November 2, 2023 (Dkt. No. 5), not Plaintiff's original Complaint (Dkt. No. 1). Further, the deadline for McCallum to respond to Plaintiff's Amended Complaint is March 7, 2024, consistent with the Court's prior Order (Dkt. No. 14). The conflicting deadline of February 23, 2024 in the notation at Docket Number 17 should be disregarded.

The Clerk of Court is further directed to mail a copy of this Order to the *pro se* Plaintiff at the address listed on the docket.

      **SO ORDERED.**

DATED:      New York, New York
               February 21, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge