UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TODD L. JOHNSON,

                               Plaintiff,

    -against-

CLIFF McCALLUM, *et al.,*

                             Defendants.

**23 Civ. No. 7879 (PAE) (GS)**

**INITIAL CASE MANAGEMENT CONFERENCE RESCHEDULING ORDER**

-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action was scheduled for an Initial Case Management Conference on Tuesday, March 25, 2025 at 10:00 a.m. (Dkt. No. 37). Notice of the scheduled conference was sent by mail to *pro se* Plaintiff on February 19, 2025. (*See* Dkt. Entry on Feb. 19, 2025). To date, as far as the docket reflects, the Court has not received a Proposed Case Management Plan and Scheduling Order. In response to the Court's inquiry, defense counsel informed the Court via email that they have attempted to contact Plaintiff both by phone and by email but have been unable to reach Plaintiff for a meet and confer, as required by the undersigned's Individual Practice Rules and Fed. R. Civ. P. 26(f). Defense counsel also cc'd Plaintiff on their email response to the Court.

       As Defendant now seeks an adjournment of the scheduled Initial Case Management Conference, the Conference is hereby adjourned to **Tuesday, April 15, 2025** at **3:00 p.m.** The parties are directed to dial in at the scheduled time. **Please dial (646) 453-4442, Access Code: 439 361 691#.**

**The parties shall consult and comply with** the undersigned's Individual Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-gary-stein.  A joint Proposed Case Management Plan and Scheduling Order is due no later than **Tuesday, April 8, 2025**.

**SO ORDERED.**

DATED:   New York, New York
         March 24, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge