UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TODD L. JOHNSON,

                              Plaintiff,                        **23 Civ. No. 7879 (PAE) (GS)**

             -against-

                                                                  **BRIEFING SCHEDULE**

CLIFF McCALLUM, *et al.*,

                              Defendants.

------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      The Court held an Initial Case Management Conference on Tuesday, April 15, 2025 at 2:00 p.m. Christopher Arcitio appeared on behalf of Defendant Cliff McCallum. Plaintiff Todd Johnson, proceeding *pro se*, failed to appear.

      As stated on the record, Defendant intends to move to dismiss the action. Plaintiff is hereby notified that, through Defendant's Motion to Dismiss, Defendant may seek dismissal of Plaintiff's Amended Complaint with prejudice. Plaintiff may respond to the Motion in one of two ways: (1) he may file a brief in opposition to Defendant's Motion; or (2) he may file a Second Amended Complaint that seeks to cure the deficiencies alleged in Defendant's Motion. If Plaintiff files neither an opposition brief nor a Second Amended Complaint by the deadline set forth below, the Court will treat Defendant's Motion to Dismiss as unopposed.

      As stated on the record at the conference, the Court sets the following schedule with respect to Defendant's pending motion:

- Defendant's Motion to Dismiss is due no later than Tuesday, April 29, 2025.

- **By no later than Thursday, May 29, 2025,** Plaintiff must file <u>either</u> an **opposition brief** opposing Defendant's pending Motion to Dismiss <u>or</u> a **Second Amended Complaint** that attempts to cure the deficiencies alleged in Defendant's Motion.
- Should Plaintiff file an opposition brief, Defendant's reply, if any, is due by Thursday, June 12, 2025.

The Clerk of Court is respectfully directed to a mail a copy of this Order to Mr. Johnson at the address indicated on the docket.

**SO ORDERED.**

DATED:   New York, New York
         April 16, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge

2