UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TODD L. JOHNSON,

                              Plaintiff,

        -against-

CLIFF MCCALLUM, *et al.*,

                              Defendant.
------------------------------------------------------------------X

23 Civ. No. 7879 (PAE) (GS)

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

       The Status conference scheduled for Wednesday, June 25, 2025 at 2:00 p.m. is hereby adjourned to 10:00 a.m. the same day. The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting.

**Meeting ID: [235 144 941 605 8]  Passcode: [2rJ6Dx6n]**

       **SO ORDERED.**

DATED:    New York, New York
                May 2, 2025

                                                               _____
                                                               The Honorable Gary Stein
                                                               United States Magistrate Judge